122 P.3d 827

# SUPREME COURT OF HAWAIʻI

State v. Maganis ................ 25478     10/18/2005   Granted       109 Hawaiʻi 89, 123
                                                                       P.3d 684